In re MITCHELL. (Circuit Court of Appeals, Second Circuit. April 12, 1912.) No. 224. Petition to Revise Order of the District Court of the United States for the Southern District of New York. W. J. Carell, for

petitioner. Arthur Furber, for respondent. Before LACOMBE, COXE, and NOYES, Circuit Judges.

PER CURIAM. Order affirmed in open court.